IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF MINNESOTA, NORTH DAKOTA, SOUTH DAKOTA, and CAROL E. BALL, M.D. | ) ) ) | Civil 05-4077-KES |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | STATE DEFENDANTS' |
| | ) | STATEMENT OF MATERIAL |
| M. MICHAEL ROUNDS, Governor, | ) | FACTS |
| and LARRY LONG, Attorney General, | ) | |
| in their official capacities, | ) | |
| Examiners, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| ALPHA CENTER, BLACK HILLS CRISIS | ) | |
| PREGNANCY CENTER, d/b/a Care Net, | ) | |
| DR. GLENN A. RIDDER, M.D., and | ) | |
| ELEANOR D. LARSEN, M.A., L.S.W.A., | ) | |
| | ) | |
| Intervenors. | ) | |
| | ) | |

The Statement of Material Facts is filed by the State

Defendants pursuant to LR 56.1 in conjunction with their Motion

for Summary Judgment which is also filed today.  All references

to the "clinic" or the "process" concern the activity at the

Sioux Falls Clinic of Planned Parenthood.

1.  All four physicians who perform abortions at the Sioux

Falls Clinic of Planned Parenthood reside in Minnesota, and

travel to Sioux Falls approximately one to four times a month,

typically arriving during the morning, and flying back home the

same day in the late afternoon or early evening.  Ex. 1

(McCreary Dep. at 16-17); Ex. 2 (Van Oppen Dep. at 26); Ex. 3 (D'Ascoli Dep. at 10-11); Ex. 4 (Ball Dep. at 11).

2.    Two of the physicians performing the majority of the abortions at the Sioux Falls Clinic are paid per patient, at a rate of approximately $60 for each abortion performed.  Ex. 1 (McCreary Dep. at 9-10, 19); Ex. 2 (Van Oppen Dep. at 94).

3.    On the days when one of these physicians is at the clinic, anywhere from 6 to 23 abortions may be performed.  Ex. 4 (Ball Dep. at 12); Ex. 1 (McCreary Dep. at 18); Ex. 2 (Van Oppen Dep. at 25).

4.    The typical patient who goes to the Sioux Falls Planned Parenthood Clinic for an abortion does not have an established doctor-patient relationship with the physicians providing the abortions.  Ex. 4 (Ball Dep. at 34-35).

5.    Most of the abortion patients do not see the doctor who performed the abortion again after the day of the abortion.  Ex. 3 (D'Ascoli Dep. at 36-38); Ex. 1 (McCreary Dep. at 206-207); Ex. 2 (Van Oppen Dep. at 77).

6.    No information is supplied to the patient on fetal development during the entire abortion process unless, during the scheduling phone call, she requests the South Dakota Fetal Development pamphlet or Web site.  Ex. 5 at 29-30.  This only infrequently occurs.  In 2004, 757 of 814 women did not request the pamphlet and 601 declined the Web site.  Ex. 6, p. 75.

2

7.   In the Planned Parenthood clinic, the woman ordinarily pays for the abortion procedure prior to the time she gives her informed consent to the procedure.  Ex. 8 at 39, 47-51; Ex. 5 at 31-33; Ex. 7 at 82-89.

8.   The personnel who provide "consulting" or "patient education" have only brief on-the-job training.  Two of them have no medical training.  None of the educators are knowledgeable in fetal development or genetics.  Ex. 5 at 34-35, 61-62; Ex. 7 at 9, 27-28, 199-201; Ex. 8 at 51-56, 67; Ex. 10 at 74-75, 96-98.

9.   In the Planned Parenthood process, the patient first meets the doctor immediately before the abortion at which time the doctor spends approximately 2-5 minutes with the patient prior to performing the procedure.  Ex. 1 at 233-234; Ex. 4 at 46; Ex. 9 at 64-65.

10.  During the process, the doctor describes the procedure as "removing the pregnancy," "pregnancy tissue" or the "contents of the uterus" and purposely chooses terms which do not invoke negative emotions or visual images in the patient's mind.  Ex. 3 at 97; Ex. 1 at 76, 140; Ex. 4 at 59-60, 71-72; Ex. 2 at 59-60, 62-63, 217-218.

11.  The same process is used earlier during the ultrasound.  If a woman chooses to view the image on the ultrasound, what is observed on the screen is typically referred

3

to as "the pregnancy" rather than the "embryo," "fetus," or "baby."  Ex. 9 at 44-48.

12.  The typical patient at the clinic spends a very short time in "recovery" after the abortion during which the focus is on medical complications.  Emotional or psychological consequences of the abortion are not discussed with the woman as a matter of routine, despite the fact that many are sad or crying.  Ex. 1 at 79; Ex. 4 at 61-62; Ex. 2 at 52-75.

13.  The written information the woman is provided at the clinic contains terms such as "pregnancy tissue" or "removing the pregnancy."  Ex. 4 at 5.

14.  Most women at the clinic do not ask for information regarding fetal development or the effects of the abortion because of the emotionally difficult state in which they are in. Ex. 11 at 20; Ex. 12 at 122-124, 126, 130-132, 151-152, 238-239; Ex. 13 at 50-52; Ex. 14 at 39-43, 50-55, 65-66, 72-73, 80-86.

15.  Planned Parenthood of Sioux Falls does not offer emergency services.  Ex. 15 ¶¶ 10-11.

16.  Planned Parenthood's protocols require that high-risk pregnancies be referred to others.  Ex. 4 at Dep. Ex. 11 at I-2; Id. at I-11.

17.  Planned Parenthood screens women for factors or medical history that would place them at greater risk for complications and if the physician believes it is not

4

appropriate to do the procedure in an outpatient setting, the patient is referred to a hospital.  Ex. 16 ¶ 2.

18.  There has never been an instance at Planned Parenthood in Sioux Falls where a doctor was unable to obtain informed consent.  Ex. 3 at 121; Ex. 2 at 214-215; Ex. 1 at 135-136; Ex. 4 at 80.

19.  Although the doctors who perform abortions at Planned Parenthood of Sioux Falls have performed thousands of abortions at a variety of locations, none of them has ever personally experienced an instance in which they were unable to obtain informed consent prior performing an abortion.  Ex. 4 at 80-81; Ex. 1 at 20, 135-136; Ex. 3 at 121; Ex. 2 at 214-215.

20.  Medical emergencies are not confronted in the abortion clinic situation at the Planned Parenthood Clinic at Sioux Falls because the type of abortions that are performed at the clinic are not the type which involve emergencies.  Ex. 2 at 216.

21.  The provisions of HB 1166 providing for an emergency abortion are consistent with the usual medical practice in similar situations regarding gynecologic and obstetric emergencies where substitute judgments are made in the best interest of the patient and when an informed consent is impossible.  Ex. 18 ¶ 7; Ex. 19 ¶ 6.

22.  Plaintiffs' witnesses agree that, in their practice, they would make every effort possible to contact family members

in the event that the patient was unable to give informed consent.  Ex. 4 at 81; Ex. 2 at 216.

23.   The practice of medicine is not a precise science and it is not unusual for medical research to include studies on the same topic arriving at different conclusions.  Ex. 4 at 32-34.

24.   The term "statistically significant" is a term which is commonly used in research-based literature.  Ex. 25 ¶ 9.

25.   Depression, related psychological distress, suicide ideation and suicide are known risks or risks that should be known to abortion providers who have the obligation to keep abreast of current research in the area.  Ex. 21; Ex. 22; Ex. 23; Ex. 24.

26.   Depression, related psychological distress, and suicide ideation are commonly encountered in medical practice and are associated with abortion.  Ex. 19 ¶ 7; Ex. 18 ¶ 2; Ex. 24 at 37, ¶ 4.

27.   There is a substantial base of anecdotal evidence from women who have had prior abortions and who report depression, psychological distress, suicide ideation or suicide attempts. Ex. 25 ¶ 6; Ex. 26 ¶ 6, 11; Ex. 27 ¶ 4; Ex. 11 at 29-31, 40-41; Ex. 28 at 111-114; 119-120, 127-128; Ex. 29 at 33; Ex. 14 at 104-110, 123-126.

28.   Brief psychological distress following abortion is not uncommon.  Ex. 4 at 44.

29.  Psychological distress in the forms of mild feelings of sadness and loss are virtually universal among women who undergo abortions.  Ex. 4 at 56-57.

30.  There is an increased risk of suicide or suicide ideation with some abortion patients.  Ex. 4 at 35.

31.  There is a high relationship between depression and suicide ideation; suicide ideation very commonly occurs in depressed persons.  Ex. 33 at 67-68, 70.

32.  Abortion places a woman at risk for psychological distress.  Ex. 33 at 119-120.

33.  It is normal for a woman to feel bad about abortion. Ex. 33 at 204-206.

34.  It is harmful to suggest to a woman that abortion is of little consequence with respect to her long term mental well-being.  Ex. 33 at 209.

35.  It is possible for an abortion to be a factor in developing depression.  Ex. 33 at 210-212.

36.  Abortion can act both as a coping method mechanism providing relief and as a psychosocial stressor causing individual psychopathology.  Ex. 24 ¶ 15.

37.  Plaintiffs regularly disclose risks to abortion patients which are less common than the risks of depression and psychological distress which they do not disclose.  Ex. 4 (Ball Dep. Ex. 4); Ex. 4 at 27-28; Ex. 33 at 199-200, 206.

38.   It is not possible for Plaintiffs' doctors to know in advance the likelihood of depression or other psychological risks to a particular patient.  Ex. 4 at 34, 54-55.

39.   There are numerous factors that increase the risk of adverse mental state after abortion but those risks are commonly not known.  Ex. 4 at 34, 54-55; Ex. 32 at 5.

40.   Plaintiffs' doctors do not routinely follow up on indications of depression, prior suicide attempts, or treatment for medical health issues.  Ex. 4 at 50-51.

41.   Patient educators at Planned Parenthood do not follow up on things such as depression, prior suicide attempts, or treatment for medical health issues because they rely upon the doctors to do this.  Ex. 5 at 68; Ex. 9 at 82-83.

42.   No one at Planned Parenthood regularly assesses a woman's risk factors which could predispose her to increased psychological complications.  Ex. 4 at 50-51; Ex. 5 at 68; Ex. 9 at 82-83.

43.   There are women who are deeply distressed as a result of their abortions.  Ex. 32 at 3.

44.   There is a correlation between induced abortion and suicide.  Ex. 33 at 283-284.

45.   Reliable statistics demonstrate that suicide is associated with pregnancy at the rate of 5 per 100,000 and that

suicide is related to induced abortion at the rate of 31.9 per 100,000.  Ex. 33 at 283-284.

46.  Much public health education is based on correlation analysis.  Ex. 35 at 104-111.

47.  That suicide is correlated with induced abortion at a rate 6 times greater than suicide is correlated with pregnancy is a significant public health fact.  Ex. 35 at 106.

Respectfully submitted,

LAWRENCE E. LONG
ATTORNEY GENERAL


/s/ John P. Guhin
John P. Guhin
Assistant Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone:  (605) 773-3215


pld.jpg State Defendants' Statement of Material Facts(jmm)